IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| FERNANDO JOAQUIN PATTERSON, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-cv-98-CAR-CHW |
| | * |
| OFFICER CLINT DIEBALL, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of February, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk